**PERKINS COIE LLP**
James G. Snell (Bar No. 173070)
JSnell@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile:  +1.650.838.4350

Lauren J. Tsuji (Bar No. 300155)
LTsuji@perkinscoie.com
Anna Thompson-Lanners (*Pro Hac Vice*)
AThompsonLanners@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

*Counsel for Defendant Humble Bundle, Inc.*

**BRYSON HARRIS SUCIU & DEMAY PLLC**
Robert R. Jimenez (*Pro Hac Vice*)
201 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134
Telephone: +1.786.206.7896
rjimenez@brysonpllc.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID WRAY, JAMAHL FARRINGTON, MATTHEW BURROW, and NICHOLAS PULLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUMBLE BUNDLE, INC.,<br><br>Defendant. | Case No. 3:25-cv-01592<br><br>**THIRD JOINT STATUS REPORT**<br><br>Judge:   Hon. Trina L. Thompson |

Plaintiffs David Wray, Jamahl Farrington, Matthew Burrow, and Nikolas Pullen ("Plaintiffs") and Defendant Humble Bundle, Inc. ("Humble Bundle") (collectively, "the Parties"), by and through their respective counsel, respectfully submit the following Joint Status Report pursuant to the Court's December 4, 2025 Order (ECF No. 48).

As of the date of this submission, Plaintiffs have not initiated any arbitration demand against Humble Bundle. As such, the Parties have nothing further to report to the Court.

Dated: March 20, 2026                         **PERKINS COIE LLP**

By: */s/ Lauren J. Tsuji*
James G. Snell (Bar No. 173070)
Lauren J. Tsuji (Bar No. 300155)
Anna Thompson-Lanners (*Pro Hac Vice*)

*Attorneys for Defendant Humble Bundle, Inc.*

Dated: March 20, 2026                         **BRYSON HARRIS SUCIU & DEMAY PLLC**

By: */s/ Robert R. Jimenez*
Robert R. Jimenez (*Pro Hac Vice*)
Mark E. Silvey (*Pro Hac Vice*)
Jordan Macejka (*Pro Hac Vice*)

*Attorneys for Plaintiffs*

-2-

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Lauren J. Tsuji, hereby attest that concurrence in the filing of this document has been obtained.

Dated: March 20, 2026.                    By: */s/ Lauren J. Tsuji*
                                          Lauren J. Tsuji (Bar No. 300155)

-3-

CASE NO.: 3:25-CV-01592
THIRD JOINT STATUS REPORT